UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANGELINE HALL,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,,<br><br>        Defendant. | CASE NO. C09-5406BHS<br><br>ORDER DENYING PLANTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT |

    This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 3. Judge Strombom recommended that the Court deny Plaintiff's motion to proceed *in forma pauperis*.

    On July 20, 2009, the Clerk received Plaintiff's payment of the filing fee. Accordingly, the Court denies Plaintiff's motion to proceed *in forma pauperis* (Dkt. 1) as moot, and re-refers this action to Judge Strombom.

    DATED this 27th day of July, 2009.

                                              BENJAMIN H. SETTLE
                                            United States District Judge

ORDER