# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANGELINE HALL

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE

CASE NUMBER: C09-5406BHS

\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **ADOPTS** the report and recommendation and **AFFIRMS** the ALJ's decision in this matter.

|     September 1, 2010     | |     BRUCE RIFKIN     |
|---|---|---|
| Date | | Clerk |

|  |  |     *s/CM Gonzalez*     |
|---|---|---|
|  |  | Deputy Clerk |