AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANGELINE HALL

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5406BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

This matter comes before the Court on the order of the United States Court of Appeals for the Ninth Circuit. On appeal, the parties entered into a stipulated motion for full remand and the Ninth Circuit ordered this Court to remand the case to the Commissioner of the Social Security Administration for a *de novo* hearing by an administrative law judge. Dkt. 28

It is so **ORDERED**.

| | |
|---|---|
| July 7, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |